| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:17-cv-1531-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff Patrick Blackshire, who proceeds without counsel, has requested leave to proceed *in forma pauperis*. (ECF No. 2.) However, plaintiff's application is incomplete and/or not properly completed. For example, plaintiff lists his gross pay or wages as "various," without any further explanation; states that he has disability or worker's compensation income, but does not provide the amount; lists the amount of money he has in bank accounts as "0+"; and lists other assets as "0-10." (Id.) As such, the court cannot make a determination as to whether plaintiff qualifies to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis* (ECF No. 2) is denied.
2. Within 28 days of this order, plaintiff shall either pay the filing fee or file a properly completed application to proceed *in forma pauperis*.

1

3. Failure to timely comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 25, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE